AO 245D-CAED (Rev. 9/01) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## Eastern District of California

<table>
<tr><td>

UNITED STATES OF AMERICA
v.
**GREGORY WAYNE ANDERSON**
(Defendant's Name)

</td><td>

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:06CR00384-001**

Rachelle Barbour, Assistant Federal Defender
801 "I" Street, Third Floor
Sacramento, California 95814
Defendant's Attorney

</td></tr>
</table>

## THE DEFENDANT:
[✔]    admitted guilt to violation of charge(s) 7 as alleged in the violation petition filed on September 29, 2006 .
[ ]    was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 7 | New Law Violation - Domestic Violence | 08/27/2006 |

The court:  [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on October 11, 2005 .

        The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]    Charges  1, 2, 3, 4, 5, 6, 8 are dismissed.

        IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

October 31, 2006

_Lawrence K. Karlton_

Signature of Judicial Officer

**LAWRENCE K. KARLTON**, United States District Judge
Name & Title of Judicial Officer

November 1, 2006
Date

AO 245B-CAED (Rev. 3/04) Sheet 2 - Imprisonment

CASE NUMBER:        2:06CR00384-001                                                         Judgment - Page 2  of  2
DEFENDANT:          GREGORY WAYNE ANDERSON

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 9 months* .

*No Supervision to follow.


[ ]        The court makes the following recommendations to the Bureau of Prisons:


[✔]        The defendant is remanded to the custody of the United States Marshal.


[ ]        The defendant shall surrender to the United States Marshal for this district.
           [ ] at ___ on ___.
           [ ] as notified by the United States Marshal.


[ ]        The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
           [ ] before _ on ___.
           [ ] as notified by the United States Marshal.
           [ ] as notified by the Probation or Pretrial Services Officer.
           If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

        Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.


                                                            _____
                                                            UNITED STATES MARSHAL


                                                   By  _____
                                                            Deputy U.S.  Marshal